"I. Is the rule of this Court in *Jencks* v. *United States,* 1957, 353 U. S. 657, a rule of mere procedure, or does it involve a defendant's constitutional rights? May a clear violation of this rule be harmless error? May the conceded error of a trial court in withholding from defense counsel prior statements of principal Government witnesses be excused because a Circuit Court finds that the defense was not hampered in cross-examination of those witnesses? Is it proper for a Circuit Court to determine what use defense counsel might have made of statements erroneously withheld?"

*Bernard Tompkins* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 457. INGRAM ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Wesley R. Asinof* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 471. PALERMO *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Wyllys S. Newcomb* and *John A. Wells* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Lawrence K. Bailey* for the United States.

No. 456. GREEN *v.* OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.